JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA HERNANDEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION, 1-10-Does,<br><br>        Defendants. | Case No. EDCV 09-0088-VAP (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 17, 2009

                            VIRGINIA A. PHILLIPS
                            United States District Judge